Filed 7/29/13  P. v. Johnson CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| THE PEOPLE, | C073040 |
| Plaintiff and Respondent, | (Super. Ct. No. 12F01255) |
| v. | |
| MICHAEL NEAL JOHNSON, | |
| Defendant and Appellant. | |

Appointed counsel for defendant Michael Neal Johnson has asked this court to review the record to determine whether there exist any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).)  We shall affirm the judgment.

**BACKGROUND**

On January 25, 2012, defendant Michael Neal Johnson entered a River City Bank, walked up to the teller, and demanded all the cash in the teller's reserve drawer.  The teller complied and defendant took the cash and fled the bank.

1

Defendant pleaded guilty to second degree robbery (Pen. Code,[1] § 211) and admitted three strike allegations (§§ 667, subds. (b)-(i), 1170.12).  The trial court sentenced defendant to a stipulated term of 25 years to life, imposed various fines and fees, and awarded 388 days of presentence credit, consisting of 338 days of actual and 50 days of conduct credit.  (§ 2933.1.)

Defendant appeals.  The trial court denied his request for a certificate of probable cause.

Counsel filed an opening brief that sets forth the facts of the case and requests this court to review the record and determine whether there are any arguable issues on appeal.  (*Wende, supra,* 25 Cal.3d 436.)  Counsel advised defendant of the right to file a supplemental brief within 30 days of the date of filing of the opening brief.  More than 30 days have elapsed, and we have received no communication from defendant.  Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

**DISPOSITION**

The judgment is affirmed.

                                                          DUARTE                              , J.

We concur:


           MURRAY                    , Acting P. J.


           HOCH                    , J.

---

[1]  Further undesignated statutory references are to the Penal Code.

2